| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANTOINE JACKSON, §
　　　　§
　　Plaintiff, §
　　　　§
versus　　　　§　　CIVIL ACTION NO. 1:22-CV-567
　　　　§
UNKNOWN DEFENDANT, §
　　　　§
　　Defendant. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff Antoine Jackson, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the lawsuit without prejudice for want of prosecution. To date, the parties have not filed objections to the report.

　　The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

　　Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

　　SIGNED at Beaumont, Texas, this 23rd day of March, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE